IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

EDWEL PROGRAMS, INC., and
M. WELLES & ASSOCIATES, INC.

        Plaintiff,

v.

CHEETAH EXAM PREP, LLC,

        Defendant.

## COMPLAINT FOR DECLARATORY JUDGMENT

EdWel Programs, Inc. ("EdWel") and M. Welles & Associates, Inc. ("M. Welles"), complain of Cheetah Exam Prep, LLC ("Cheetah") as follows:

1.     Cheetah has accused EdWel of copyright infringement. EdWel seeks a declaratory judgment that it has not infringed any copyrights owned by Cheetah.

2.     EdWel is an Illinois corporation having a principal place of business in Colorado. M. Welles is an Illinois corporation having a principal place of business in Colorado.

3.     On information and belief, Cheetah is a Nevada corporation which does business in Colorado, and has substantial, continuous and systematic contacts with this district through the operation of its training classes and the sale and distribution of its training materials.

4.      As an action arising under the Copyright Act, 17 U.S.C. § 101 *et seq.*, this Court has exclusive jurisdiction over this action under 28 U.S.C. § 1338. The Court has jurisdiction over the subject matter as an action arising under the Declaratory Judgment Act, 28 U.S.C. § 2201.

5.      M. Welles provides training to students seeking certification as Project Management Professionals ("PMP certification"). PMP certification is a credential offered by the Project Management Institute, which is an independent credentialing institution unrelated to EdWel, M. Welles, or Cheetah. Several companies, including EdWel and Cheetah, prepare and distribute instructional materials, and provide classroom instruction, for the purpose of teaching certification candidates the contents of the then-current Project Management Book of Knowledge ("PMBOK"), from which the PMP certification examination is derived.

6.      M. Welles does not prepare instructional materials or teach classes. Rather, M. Welles contracts with independent contractors who prepare instructional materials and provide instructors. M. Welles is responsible for collecting tuition, paying teachers, purchasing of books, and related administrative functions. EdWel maintains a website advertising classes and providing interactive services which allow prospective students to sign up for these classes.

7. Cheetah, by Exhibit A, claims that several pages of instructional materials used by EdWel (and presumably M. Welles) and prepared by one of M. Welle's previous vendors (a company called Pinnacle 3 Learning) infringes copyrighted materials allegedly owned by Cheetah.  Cheetah demands that EdWel immediately cancel any classes which use Pinnacle materials, or materials derived therefrom, and demands turnover of certain financial information from EdWel to Cheetah.

8. Neither EdWel nor M. Welles has infringed any copyrights owned by Cheetah, and are entitled to a declaratory judgment of noninfringement of any Cheetah copyrights.

WHEREFORE, EdWel and M. Welles pray this Court's judgment as follows:

a. That EdWel and M. Welles have not infringed any copyrights owned by Cheetah;

b. That EdWel and M. Welles be awarded their attorneys fees as provided by the Copyright Act or as otherwise provided by law;

c. That Edwel and M. Welles be awarded their costs in this action; and,

d. That the Court award such other and further relief as it may deem just and proper.

Dated: November 30, 2012

                          Respectfully submitted,

By:     */s/ Scott J. Hawranek*
       Scott J. Hawranek
       HAWRANEK PC
       24 S. Weber St., Suite 300
       Colorado Springs, CO 80903
       719.344.9907 telephone
       email: shawranek@shpatentlaw.com

Paul F. Lewis
SCHMITZ LEWIS PC
620 N. Tejon St., Suite 101
Colorado Springs, CO 80903-1928
719.344.9907 telephone
email: plewis@schmitzlewis.com
Schmitz Lewis PC
620 North Tejon Ste 101

Colorado Springs CO 80903
Counsel for Plaintiff

4